AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-3071MB | 03/10/2026 @ 0900 HOURS | John Pacheco |

Inventory Made in the Presence of:

John Pacheco

Inventory of the property taken and name of any person(s) seized:

1 forensic image of iPhone 17 pro

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 13, 2026

_____
Executing officer's signature

Abigail Wesley, Special Agent, U.S. EPA-CID
_____
Printed name and title